IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23246
CV- Zloch/Torres

FULVIO JOSE QUEZADA

      Plaintiff,

v.

SANTE SHIPPING LINES, INC.,
PUBLIC MOBILE STORAGE, LLC,
PORT OF MIAMI RIVER TERMINAL, LLC,
ACTION RENTALS, LLC, and
BRUNO RAMOS,

      Defendants.
_____/

**DEFENDANT BRUNO RAMOS'S MOTION FOR ENTITLEMENT
TO ATTORNEY'S FEES AND COSTS ON COUNT 2
PURSUANT TO OFFER OF JUDGMENT**

Defendant Bruno Ramos hereby files this motion for an Order granting him entitlement to attorney's fees and costs with regard to his defense of Count 2. In support thereof, Bruno Ramos respectfully represents the following:

1. On November 27, 2013, Bruno Ramos served a proposal for settlement/ offer of judgment (the "Offer") upon Plaintiff, Fulvio Quezada, in the total amount of $500 pursuant to §768.79, Fla. Stat. and Stat. Fla. R. Civ. P. 1.442 to resolve Count 2 of the complaint.

2. Count 2 is a Florida state law claim for unpaid bonus/commissions under Fla. Stat. §448.08.[1] Plaintiff brought Count 2 against Defendants Sante Shipping Lines, Inc. and Bruno Ramos. A copy of the Offer is attached as Exhibit "A."

---

[1] Defendant Bruno Ramos recognizes that an offer of judgment would not have been applicable to Plaintiff's federal overtime and wage claim under the Fair Labor Standards Act in Count 1. Statute 448.08 provides another basis for an award of attorney's fees and costs in favor of Bruno Ramos. Bruno Ramos will be filing a motion for attorney's fees and costs pursuant to §448.08.

1

3. Plaintiff failed to accept the offer timely. More specifically, pursuant to the subject rule and statute, Plaintiff's failure to respond timely constitutes a rejection of the Offer.

4. On April 17, 2014, the Court granted summary judgment to Sante Shipping Lines, Inc. and Bruno Ramos on Count 2 of the complaint. [ECF 186]

5. Pursuant to §768.79, Fla. Stat. and Fla. R. Civ. P. 1.442, Bruno Ramos is entitled to an award of his reasonable costs and attorney's fees with regard to his defense of Count 2 from the date of the offer.

6. Accordingly, Defendant Bruno Ramos requests that this Court enter an order granting him entitlement to an award of his reasonable costs and attorney's fees incurred in connection with Count 2 since November 27, 2013 and reserving jurisdiction to determine the amount of attorney's fees and costs to be awarded. [2]

WHEREFORE, Defendant Bruno Ramos respectfully requests that this Court enter an Order granting him entitlement to attorney's fees and costs as requested herein.

Respectfully submitted,

PARDO GAINSBURG, PL
Attorneys for Defendants
200 S.E. First Street, Suite 700
Miami, Florida 33131
Telephone: (305) 358-1001
Facsimile: (305) 358-2001

By: _s/Stevan J. Pardo_
STEVAN J. PARDO
Fla. Bar No. 438626

---

[2] Bruno Ramos is not pursuing, however, a double recovery on attorney's fees and costs through his motion for attorney's fees under §448.08. Any monies paid by Plaintiff for attorney's fees and costs pursuant to §448.08 would reduce any judgment entered pursuant to this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically sent via CM/ECF to Joseph Perea, Esq., J.H. Zidell, P.A., 300 71st Street, Miami Beach, Florida, 33141, perealaw@gmail.com this 29th day of April, 2014 to J.H. Zidell, P.A., 300 71st Street, Miami Beach, Florida, 33141.

By: *s/Stevan J. Pardo*
STEVAN J. PARDO