# Pardo Gainsburg, P.L.
Attorneys at Law

**Stevan Pardo**
spardo@pardogainsburg.com

Telephone: (305) 358-1001
Facsimile: (305) 358-2001

November 27, 2013

**Via Email and U.S. Mail**

Joseph Perea, Esquire
K. David Kelly, Esquire
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
perealaw@gmail.com
david.kelly38@rocketmail.com

    Re:   *Quezada v. Sante Shipping Lines, Inc., et al*
           U.S.D.C., So. Dist. Fla. Case No. 11-23246, CV-Zloch/Torres
           Offer of Judgment from Bruno Ramos

Gentlemen:

    We represent the Defendant, Bruno Ramos, in the above-styled case. I write to provide you with a proposal for settlement from Bruno Ramos to Plaintiff, Fulvio Quezada ("Quezada"), pursuant to Rule 1.442, Fla. R. Civ. P., and Section 768.79, Florida Statutes.

    The Complaint [DE 3] is comprised of two (2) counts:

    <u>Count 1</u>. Quezada claims that the four Defendant companies, Sante Shipping Lines, Inc., Public Mobile Storage, LLC, Port of Miami River Terminal, LLC, and Bruno Ramos individually, violated the federal *Fair Labor Standards Act* by failing to pay Quezada overtime pay.

    <u>Count 2</u>. Quezada claims that Defendants, Sante Shipping and Mr. Ramos, breached either their common law contract with Quezada or Florida state law obligations to pay bonus/commissions to Quezada.

This proposal for settlement offers to resolve the claim made by Quezada in Count 2 only. It is not intended to resolve the claim raised by Quezada in Count 1.

    The letter paragraphs below correspond to Rule 1.442 (c)(2).

    A.    The party making this proposal is Bruno Ramos.

    B.    By this proposal, Mr. Ramos is attempting to resolve:

200 S.E. 1st Street, Suite 700, Miami, Florida 33131


EXHIBIT A

1. Count 2 of the Complaint and all common law claims and Florida statutory claims which Quezada either has made or would have a right to make in this case against Bruno Ramos; and

2. All common law and Florida statutory counterclaims which Bruno Ramos either has made or would have had a right to make in response to Count 2 of this case.

C. The following conditions apply to this proposal:

1. This proposal must be timely accepted by Quezada; and

2. Quezada must agree that:

   i. Quezada and Bruno Ramos will execute and file in the case a Stipulation for Dismissal with prejudice as to Count 2 in the form attached as Exhibit "A,"

   ii. As between them, each of Quezada and Bruno Ramos shall bear his own attorney's fees and costs to date,

   iii. Bruno Ramos shall deliver to Quezada a special limited release with regard to Count 2 in the form attached as Exhibit "B," and

   iv. Quezada shall deliver to Bruno Ramos a special limited release with regard to Count 2 in the form attached as Exhibit "C."

D. The Total Settlement Amount of this proposal is $500.00. The Total Settlement Amount is payable by Bruno Ramos to Quezada.

There are no non-monetary terms other than the terms discussed in paragraph C above.

E. There is no currently pending claim for punitive damages; however, this proposal is inclusive of any potential claim for punitive damages.

F. This proposal is an offer to settle only Count 2 of Quezada's claims against Bruno Ramos against Quezada, including any potential claim by either party against the other for attorney's fees and costs. This proposal is not an offer to settle Count 1 of Quezada's claims against Sante Shipping Lines, Inc., Port of Miami River Terminal, LLC, Public Mobile Storage, LLC, or Bruno Ramos individually.

G. The undersigned hereby certifies that a true and correct copy of the foregoing by email and U.S. Mail this 27th day of November, 2013, to the above-named addressees.

Sincerely yours,

/s/ Stevan J. Pardo

cc: Bruno Ramos

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23246
CV- Zloch/Torres

FULVIO JOSE QUEZADA and others
similarly situated under 29 U.S.C. 216 (b),

       Plaintiff,

v.

SANTE SHIPPING LINES, INC.,
PUBLIC MOBILE STORAGE, LLC,
PORT OF MIAMI RIVER TERMINAL, LLC,
ACTION RENTALS, LLC, and
BRUNO RAMOS,

       Defendants.
_____/

## STIPULATION FOR DISMISSAL OF COUNT 2 ONLY WITH PREJUDICE

Plaintiff, Fulvio Quezada ("Quezada"), and the Defendant, Bruno Ramos, stipulate and agree as follows:

1. Quezada dismisses Count 2 against Bruno Ramos with prejudice.

2. Bruno Ramos dismisses all claims against Quezada pertaining to bonuses/commissions in Count 2 with prejudice.

3. Each party shall bear his own attorney's fees and costs as to Count 2 only.

Dated: _____, 201__

| | |
|---|---|
| J.H. Zidell, P.A. | Pardo Gainsburg, PL |
| Counsel for Quezada | Counsel for Sante Shipping Lines, Inc. |
| 300 71st Street, Suite 605 | 200 S.E. 1st Street, Suite 700 |
| Miami Beach, Florida, 33141 | Miami, Florida 33131 |
| Facsimile: (305) 865-7167 | Facsimile: (305) 358-2001 |
| | |
| By:_____ | By:_____ |
|     Joseph Perea |     Stevan J. Pardo |
|     Fla. Bar No. 47782 |     Fla. Bar No. 438626 |

## RELEASE

KNOW ALL MEN BY THESE PRESENTS, that

**FULVIO QUEZADA, for himself and his attorneys, heirs, and/or assigns** (collectively "Releasor"),

for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, lawful money of the United States of America, in hand paid by

**BRUNO RAMOS, for himself and his attorneys, heirs, and/or assigns** (collectively "Releasee")

releases, waives, acquits and forever discharges Releasee, and each of them from any and all accounts, actions, agreements, bonds, bills, causes of action, claims, contracts, controversies, costs, covenants, damages, disputes, debts, executions, judgments, lawsuits, liabilities, obligations, promises, reckonings, specialties, suits, sums of money, trespasses, variances, of whatever kind, nature, character or description, including, without limitation, claims for monies, damages, costs, expenses, losses and attorneys', accountants' and experts' fees and expenses, whether known or unknown, anticipated or unanticipated, suspected or unsuspected, with regard to Count 2, including all claims arising out of or which could have arisen out of Quezada's claim for bonuses/ commissions in Count 2, which Releasor may have or may hereafter have or claim to have, or which were or could have been have been alleged in any legal action, against Releasee from the beginning of time to the date of these presents.

**IN WITNESS WHEREOF**, the undersigned have hereunto set their hands and seals the _____ day of _____, 201___.

**FULVIO QUEZADA**

By: _____
Authorized Signature

## RELEASE

KNOW ALL MEN BY THESE PRESENTS, that

**BRUNO RAMOS, for himself and his attorneys, heirs, and/or assigns** (collectively "Releasor")

for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, lawful money of the United States of America, in hand paid by

**FULVIO QUEZADA, for himself and his attorneys, successors, heirs and/or assigns** (collectively "Releasee"),

releases, waives, acquits and forever discharges Releasee, and each of them from any and all accounts, actions, agreements, bonds, bills, causes of action, claims, contracts, controversies, costs, covenants, damages, disputes, debts, executions, judgments, lawsuits, liabilities, obligations, promises, reckonings, specialties, suits, sums of money, trespasses, variances, of whatever kind, nature, character or description, including, without limitation, claims for monies, damages, costs, expenses, losses and attorneys', accountants' and experts' fees and expenses, whether known or unknown, anticipated or unanticipated, suspected or unsuspected, with regard to Count 2, including all claims arising out of or which could have arisen out of Quezada's claim for bonuses/commissions in Count 2, which Releasor may have or may hereafter have or claim to have, or which were or could have been have been alleged in any legal action, against Releasee from the beginning of time to the date of these presents.

**IN WITNESS WHEREOF,** the undersigned have hereunto set their hands and seals the _____ day of _____, 201__.

                                                **BRUNO RAMOS**

                                                By: _____
                                                        Authorized Signature