## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

FULVIO JOSE QUEZADA                                CASE NO. 11-23246  CV- Zloch/Torres

      Plaintiff,

v.

SANTE SHIPPING LINES, INC.,
PUBLIC MOBILE STORAGE, LLC,
PORT OF MIAMI RIVER TERMINAL, LLC,
ACTION RENTALS, LLC, and
BRUNO RAMOS,

      Defendants.

_____/

## ORDER GRANTING DEFENDANT BRUNO RAMOS'S
## MOTION FOR ATTORNEY'S FEES AND COSTS ON COUNT 2
## PURUSANT TO OFFER OF JUDGMENT

THIS MATTER came before the Court on Defendant Bruno Ramos's Motion for Attorney's Fees and Costs on Count 2 Pursuant to Offer of Judgment (the "Motion"). The Court has reviewed the Motion and responsive pleadings, and being otherwise duly advised in the premises, finds that the basis set forth in the Motion establish grounds for the relief granted herein; it is

**ORDERED AND ADJUDGED**:

1.    The Motion is Granted.

2.    Defendant Bruno Ramos is entitled to an award from Plaintiff of his reasonable attorney's fees and costs incurred in connection with his defense of Count 2 since November 27, 2013.

3.    Bruno Ramos shall submit documentation and affidavits to the Court indicating his attorney's fees and costs incurred in connection with Count 2.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day of _____, 2014.

_____
United States Magistrate Judge Edwin G. Torres

Copies to all counsel of record