IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23246
CV- Zloch/Torres

FULVIO JOSE QUEZADA

        Plaintiff,

v.

SANTE SHIPPING LINES, INC.,
PUBLIC MOBILE STORAGE, LLC,
PORT OF MIAMI RIVER TERMINAL, LLC,
ACTION RENTALS, LLC, and
BRUNO RAMOS,

        Defendants.
_____/

**DEFENDANT SANTE SHIPPING LINES, INC.'S MOTION FOR ENTITLEMENT
TO ATTORNEY'S FEES AND COSTS ON COUNT 2
PURSUANT TO OFFER OF JUDGMENT**

Defendant, Sante Shipping Lines, Inc. ("Sante Shipping"), hereby files this motion for an Order granting entitlement to attorney's fees and costs with regard to its defense of Count 2. In support thereof, Sante Shipping respectfully represents the following:

1. On May 31, 2012, Sante Shipping served a proposal for settlement/ offer of judgment (the "Offer") upon Plaintiff, Fulvio Quezada, in the total amount of $500 pursuant to §768.79, Fla. Stat. and Fla. R. Civ. P. 1.442 to resolve Count 2 of the complaint.

2. Count 2 is a Florida state law claim for unpaid bonus/commissions under Fla. Stat. §448.08.[1] Plaintiff brought Count 2 against Defendants Sante Shipping Lines, Inc. and Bruno

---

[1] Defendant Sante Shipping recognizes that an offer of judgment would not have been applicable to Plaintiff's federal overtime and wage claim under the Fair Labor Standards Act in Count 1. Statute 448.08 provides another basis for an award of attorney's fees and costs in favor of Sante Shipping. Sante Shipping will be filing a motion for attorney's fees and costs pursuant to §448.08.

1

Ramos.  A copy of the Offer is attached as Exhibit "A."

3. Plaintiff failed to accept the offer timely.  More specifically, pursuant to the subject rule and statute, Plaintiff's failure to respond timely constitutes a rejection of the Offer.

3. On April 17, 2014, the Court granted summary judgment to Sante Shipping on Count 2 of the complaint. [ECF 186]

4. Pursuant to §768.79, Fla. Stat. and Fla. R. Civ. P. 1.442, Sante Shipping is entitled to an award of its reasonable costs and attorney's fees with regard to its defense of Count 2 from the date of the offer.

5. Accordingly, Defendant Sante Shipping Lines, Inc. requests that this Court enter an order granting it entitlement to an award of its reasonable costs and attorney's fees incurred in connection with Count 2 since May 31, 2012 and reserving jurisdiction to determine the amount of attorney's fees and costs to be awarded.[2]

WHEREFORE, Defendant Sante Shipping Lines, Inc. respectfully requests that this Court enter an Order granting it entitlement to attorney's fees and costs as requested herein.

Respectfully submitted,

PARDO GAINSBURG, PL
Attorneys for Defendants
200 S.E. First Street, Suite 700
Miami, Florida 33131
Telephone: (305) 358-1001
Facsimile: (305) 358-2001

By:  *s/Stevan J. Pardo*
STEVAN J. PARDO
Fla. Bar No.  438626

---

[2] Sante Shipping has also filed a Motion for Sanctions under Rule 11, seeking attorney's fees and costs associated with Sante Shipping's defense of Count 2 since the inception of the case, as opposed to the date of the offer of judgment.  Sante Shipping is not pursuing, however, a double recovery on attorney's fees and costs.  Any monies paid by Plaintiff for attorney's fees and costs as to either Rule 11 order (or §448.08) would reduce any judgment entered pursuant to this motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically sent via CM/ECF to Joseph Perea, Esq., J.H. Zidell, P.A., 300 71st Street, Miami Beach, Florida, 33141, perealaw@gmail.com this 29th day of April, 2014 to J.H. Zidell, P.A., 300 71st Street, Miami Beach, Florida, 33141.

By:     *s/Stevan J. Pardo*
STEVAN J. PARDO