# Pardo Gainsburg, P.L.
## Attorneys at Law

Stevan Pardo
spardo@pardogainsburg.com

Telephone: (305) 358-1001
Facsimile: (305) 358-2001

May 31, 2012

**Via Email and U.S. Mail**

David Markel, Esquire
K. David Kelly, Esquire
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
davidmarkel11@gmail.com
david.kelly38@rocketmail.com

Re:  *Quezada v. Sante Shipping Lines, Inc., et al*
U.S.D.C., So. Dist. Fla. Case No. 11-23246, CV-Zloch/Rosenbaum
Offer of Judgment

Gentlemen:

We represent the Defendant in the above-styled case, Sante Shipping Lines, Inc. ("Sante Shipping"). I write to provide you with a proposal for settlement from Sante Shipping to Plaintiff, Fulvio Quezada ("Quezada"), pursuant to Rule 1.442, Fla. R. Civ. P., and Section 768.79, Florida Statutes.

The Complaint [DE 3] is comprised of two (2) counts:

Count 1. Quezada claims that the four Defendant companies, Sante Shipping Lines, Inc., Public Mobile Storage, LLC, Port of Miami River Terminal, LLC, and Bruno Ramos individually, violated the federal *Fair Labor Standards Act* by failing to pay Quezada overtime pay.

Count 2. Quezada claims that Defendant, Sante Shipping, breached either its common law contract with Quezada or Florida state law obligation to pay bonus/commissions to Quezada.

This proposal for settlement offers to resolve the claim made by Quezada in Count 2 only. It is not intended to resolve the claim raised by Quezada in Count 1.

The letter paragraphs below correspond to Rule 1.442 (c)(2).

A.  The party making this proposal is Sante Shipping Lines, Inc.

B.  By this proposal, Sante Shipping is attempting to resolve

200 S.E. 1st Street, Suite 700, Miami, Florida 33131



1. Count 2 of the Complaint and all common law claims and Florida statutory claims which Quezada either has made or would have a right to make in this case against Sante Shipping; and

2. all common law and Florida statutory counterclaims which Sante Shipping either has made or would have had a right to make in response to Count 2 of this case.

C. The following conditions apply to this proposal:

1. This proposal must be timely accepted by Quezada; and

2. Quezada must agree that

   i. Quezada and Sante Shipping will execute and file in the case a Stipulation for Dismissal with prejudice as to Count 2 in the form attached as Exhibit "A,"

   ii. As between them, each of Quezada and Sante Shipping shall bear its own attorney's fees and costs to date,

   iii. Sante Shipping shall deliver to Quezada a special limited release with regard to Count 2 in the form attached as Exhibit "B," and

   iv. Quezada shall deliver to Sante Shipping a special limited release with regard to Count 2 in the form attached as Exhibit "C."

D. The Total Settlement Amount of this proposal is $500.00. The Total Settlement Amount is payable by Sante Shipping to Quezada.

Sante Shipping has made the Total Settlement Amount in the sum of $500 in light of the following facts:

- A March 21, 2011, agreement between Sante Shipping Lines, Inc. and Quezada ("Agreement") governs the payment of a bonus/commission to Quezada.
- The agreement contained two conditions to payment, both of which had to be met, to entitle Quezada to a bonus.
- The first condition was that Quezada had to be employed by Sante Shipping in December 2011.
- The undisputed evidence shows that Quezada was not employed in December 2011; but rather, his employment with the company terminated in July 2011. Quezada has admitted this fact in his deposition.
- The second condition to Quezada's receipt of a bonus was that certain non-party companies must have earned net profits.
- Quezada has not provided any evidence of any net profits for these non-party companies, and has admitted in his deposition that he has no such evidence.
- Sante Shipping will present evidence at trial that the non-parties did not earn net profits.

Based on the above facts, Sante Shipping has a good faith and reasonable basis to conclude that its exposure in Count 2 is minimal.

There are no non-monetary terms other than the terms discussed in paragraph C above.

E. There is no currently pending claim for punitive damages; however, this proposal is inclusive of any potential claim for punitive damages.

F. This proposal is an offer to settle only Count 2 of Quezada's claims against Sante Shipping against Quezada, including any potential claim by either party against the other for attorney's fees and costs. This proposal is not an offer to settle Count 1 of Quezada's claims against Sante Shipping Lines, Inc., Port of Miami River Terminal, LLC, Public Mobile Storage, LLC, or Bruno Ramos individually.

G. The undersigned hereby certifies that a true and correct copy of the foregoing by email and U.S. Mail this 30st day of May, 2012, to the above-named addressees.

Sincerely yours,

Stevan J. Pardo

cc:   Sante Shipping Lines, Inc.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23246
CV- Zloch/Rosenbaum

FULVIO JOSE QUEZADA and others
similarly situated under 29 U.S.C. 216 (b),

    Plaintiff,

v.

SANTE SHIPPING LINES, INC.,
PUBLIC MOBILE STORAGE, LLC,
PORT OF MIAMI RIVER TERMINAL, LLC,
ACTION RENTALS, LLC, and
BRUNO RAMOS,

    Defendants.
_____/

## STIPULATION FOR DISMISSAL OF COUNT 2 WITH PREJUDICE

Plaintiff, Fulvio Quezada ("Quezada"), and the Defendant, Sante Shipping Lines, Inc., ("Sante Shipping"), stipulate and agree as follows:

1. Quezada dismisses Count 2 against Sante Shipping with prejudice.

2. Sante Shipping dismisses all claims against Quezada pertaining to bonuses/commissions with prejudice.

3. Each party shall bear his/its own attorney's fees and costs.

Dated: _____, 2012

| | |
|---|---|
| J.H. Zidell, P.A. | Pardo Gainsburg, PL |
| Counsel for Quezada | Counsel for Sante Shipping Lines, Inc. |
| 300 71st Street, Suite 605 | 200 S.E. 1st Street, Suite 700 |
| Miami Beach, Florida, 33141 | Miami, Florida 33131 |
| Facsimile: (305) 865-7167 | Facsimile: (305) 358-2001 |
| | |
| By:_____ | By:_____ |
|     David Markel |     Stevan J. Pardo |
|     Fla. Bar No. 0123870 |     Fla. Bar No. 438626 |

## RELEASE

KNOW ALL MEN BY THESE PRESENTS, that

**FULVIO QUEZADA, for himself and his attorneys, heirs, and/or assigns (collectively "Releasor"),**

for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, lawful money of the United States of America, in hand paid by

**SANTE SHIPPING LINES, INC., and all its officers, directors, managers, members, attorneys, heirs, successors and/or assigns (collectively "Releasees")**

releases, waives, acquits and forever discharges Releasees, and each of them from any and all accounts, actions, agreements, bonds, bills, causes of action, claims, contracts, controversies, costs, covenants, damages, disputes, debts, executions, judgments, lawsuits, liabilities, obligations, promises, reckonings, specialties, suits, sums of money, trespasses, variances, of whatever kind, nature, character or description, including, without limitation, claims for monies, damages, costs, expenses, losses and attorneys', accountants' and experts' fees and expenses, whether known or unknown, anticipated or unanticipated, suspected or unsuspected, with regard to Count 2, including all claims arising out of or which could have arisen out of Quezada's claim for bonuses/ commissions, which Releasor may have or may hereafter have or claim to have, or which were or could have been have been alleged in any legal action, against Releasees from the beginning of time to the date of these presents.

IN WITNESS WHEREOF, the undersigned have hereunto set their hands and seals the _____ day of _____, 2012.

**FULVIO QUEZADA**

By: _____
       Authorized Signature

## RELEASE

KNOW ALL MEN BY THESE PRESENTS, that

**SANTE SHIPPING LINES, INC ("Sante Shipping"), for itself and its officers, directors, managers, members, attorneys, and their successors and/or assigns** (collectively "Releasor")

for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, lawful money of the United States of America, in hand paid by

**FULVIO QUEZADA, his attorneys, successors, heirs and/or assigns** (collectively "Releasees"),

releases, waives, acquits and forever discharges Releasees, and each of them from any and all accounts, actions, agreements, bonds, bills, causes of action, claims, contracts, controversies, costs, covenants, damages, disputes, debts, executions, judgments, lawsuits, liabilities, obligations, promises, reckonings, specialties, suits, sums of money, trespasses, variances, of whatever kind, nature, character or description, including, without limitation, claims for monies, damages, costs, expenses, losses and attorneys', accountants' and experts' fees and expenses, whether known or unknown, anticipated or unanticipated, suspected or unsuspected, with regard to Count 2, including all claims arising out of or which could have arisen out of Quezada's claim for bonuses/ commissions, which Releasor may have or may hereafter have or claim to have, or which were or could have been have been alleged in any legal action, against Releasees from the beginning of time to the date of these presents.

**IN WITNESS WHEREOF**, the undersigned have hereunto set their hands and seals the _____ day of _____, 2012.

**SANTE SHIPPING LINES, INC.**

By: _____

Print Name: _____

Position: _____

| | |
|---|---|
| **From:** | Jennifer Bodenhamer |
| **To:** | "davidmarkel11@gmail.com"; "david.kelly38@rocketmail.com" |
| **Cc:** | "spardo@pardogainsburg.com"; "nrekant@gmail.com" |
| **Subject:** | Quezada v. Sante Shipping |
| **Date:** | Thursday, May 31, 2012 4:39:00 PM |
| **Attachments:** | 20120531163017594.pdf |

Please see the attached letter.

*Jennifer Bodenhamer, FRP*
*Florida Registered Paralegal / Office Administrator*
**Pardo Gainsburg, P.L.**
200 SE 1st Street, Suite 700
Miami, Florida 33131
Phone: (305) 358-1001 / (786) 800-3350
Facsimile: (305) 358-2001
Direct: (786) 800-3345
E-Mail: jb@pardogainsburg.com
Website: www.pardogainsburg.com / www.hotellawyers.net