IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

FULVIO JOSE QUEZADA            CASE NO. 11-23246 CV- Zloch/Torres

      Plaintiff,

v.

SANTE SHIPPING LINES, INC.,
PUBLIC MOBILE STORAGE, LLC,
PORT OF MIAMI RIVER TERMINAL, LLC,
ACTION RENTALS, LLC, and
BRUNO RAMOS,

      Defendants.
_____/

### ORDER GRANTING DEFENDANT SANTE SHIPPING LINES, INC'S MOTION FOR ATTORNEY'S FEES AND COSTS ON COUNT 2 PURUSANT TO OFFER OF JUDGMENT

THIS MATTER came before the Court on Defendant Sante Shipping Lines, Inc.'s ("Sante Shipping") Motion for Attorney's Fees and Costs on Count 2 Pursuant to Offer of Judgment (the "Motion"). The Court has reviewed the Motion and responsive pleadings, and being otherwise duly advised in the premises, finds that the basis set forth in the Motion establish grounds for the relief granted herein; it is

**ORDERED AND ADJUDGED:**

1. The Motion is Granted.

2. Defendant Sante Shipping is entitled to an award from Plaintiff of its reasonable attorney's fees and costs incurred in connection with its defense of Count 2 since May 31, 2012.

3. Sante Shipping shall submit documentation and affidavits to the Court indicating the attorney's fees and costs incurred in connection with Count 2.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day of _____, 2014.

_____
United States Magistrate Judge Edwin G. Torres

Copies to all counsel of record