IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23246
CV- Zloch/Torres

FULVIO JOSE QUEZADA

      Plaintiff,

v.

SANTE SHIPPING LINES, INC.,
PUBLIC MOBILE STORAGE, LLC,
PORT OF MIAMI RIVER TERMINAL, LLC,
ACTION RENTALS, LLC, and
BRUNO RAMOS,

      Defendants.
_____/

### DEFENDANTS SANTE SHIPPING'S AND BRUNO RAMOS'S MOTION FOR ENTITLEMENT TO ATTORNEY'S FEES AND COSTS ON COUNT 2 PURSUANT TO §448.08, FLA. STAT.

Defendant Sante Shipping Lines, Inc. ("Sante Shipping") and Bruno Ramos hereby file this motion for an Order granting them entitlement to attorney's fees and costs with regard to their defense of Count 2 based on their status as prevailing parties under §448.08, Fla. Stat. In support thereof, Sante Shipping and Bruno Ramos respectfully represent the following:

1. Plaintiff filed a two-count complaint. Count 1 is a claim against all four corporate Defendants, including Sante Shipping, and Defendant Bruno Ramos individually for overtime wages under the Fair Labor Standards Act.

2. Count 2, filed solely against Sante Shipping Lines, Inc. and Bruno Ramos individually, is a Florida state law claim for unpaid bonus/commissions under Fla. Stat. §448.08.

3. Section 448.08, Fla. Stat. (2013) states in its entirety: "Attorney's fees for successful litigants in actions for unpaid wages.—The court may award to the prevailing party in an action for unpaid wages costs of the action and a reasonable attorney's fee."

4.      On April 17, 2014, the Court granted summary judgment to Sante Shipping Lines, Inc. and Bruno Ramos on Count 2 of the complaint. [ECF 186]

3.      Pursuant to §448.08, Sante Shipping and Bruno Ramos, as prevailing parties, are entitled to an award of their reasonable costs and attorney's fees with regard to their defense of Count 2.

4.      Accordingly, Defendants Sante Shipping and Bruno Ramos request that this Court enter an order granting them entitlement to an award of their reasonable costs and attorney's fees incurred in connection with Count 2 and reserving jurisdiction to determine the amount of attorney's fees and costs to be awarded.

WHEREFORE, Defendants Sante Shipping and Bruno Ramos respectfully request that this Court enter an Order granting them entitlement to attorney's fees and costs as requested herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically sent via CM/ECF to Joseph Perea, Esq., J.H. Zidell, P.A., 300 71st Street, Miami Beach, Florida, 33141, perealaw@gmail.com this 29th day of April, 2014 to J.H. Zidell, P.A., 300 71st Street, Miami Beach, Florida, 33141.

Respectfully submitted,

PARDO GAINSBURG, PL
Attorneys for Defendants
200 S.E. First Street, Suite 700
Miami, Florida 33131
Telephone: (305) 358-1001
Facsimile: (305) 358-2001

By:     *s/Stevan J. Pardo*
        STEVAN J. PARDO
        Fla. Bar No.  438626