IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

FULVIO JOSE QUEZADA

CASE NO. 11-23246 CV- Zloch/Torres

      Plaintiff,

v.

SANTE SHIPPING LINES, INC.,
PUBLIC MOBILE STORAGE, LLC,
PORT OF MIAMI RIVER TERMINAL, LLC,
ACTION RENTALS, LLC, and
BRUNO RAMOS,

      Defendants.

_____/

## ORDER GRANTING DEFENDANTS SANTE SHIPPING LINES, INC'S AND BRUNO RAMOS'S MOTION FOR ATTORNEY'S FEES AND COSTS ON COUNT 2 PURUSANT TO §448.08, FLA. STAT.

THIS MATTER came before the Court on Defendants Sante Shipping Lines, Inc.'s and Bruno Ramos's Motion for Attorney's Fees and Costs on Count 2 Pursuant to §448.08, Fla. Stat. (the "Motion"). The Court has reviewed the Motion and responsive pleadings, and being otherwise duly advised in the premises, finds that the basis set forth in the Motion establish grounds for the relief granted herein; it is

**ORDERED AND ADJUDGED**:

1.    The Motion is Granted.

2.    Defendants Sante Shipping Lines, Inc. and Bruno Ramos are entitled to an award from Plaintiff of their reasonable attorney's fees and costs incurred in connection with their defense of Count 2.

3.  Sante Shipping Lines, Inc. and Bruno Ramos shall submit documentation and affidavits to the Court indicating their attorney's fees and costs incurred in connection with Count 2.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day of _____, 2014.

_____
United States Magistrate Judge Edwin G. Torres

Copies to all counsel of record